UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAKOV DRABOVSKIY,  :
                              :CIVIL ACTION NO. 4:10-CV-2226
            Petitioner,  :
                              :(JUDGE CONABOY)
            v.  :(Magistrate Judge Carlson)
                              :
WARDEN, FCI-ALLENWOOD,  :                      **FILED**
                              :                      **SCRANTON**
            Respondent.  :
                              :                      DEC 2 9 2010

---

**ORDER**                     PER _____
                                      DEPUTY CLERK

Because Petitioner filed a similar petition on August 31,

2010, Civil Action No. 4:10-CV-1830; and

Because Magistrate Judge Carlson carefully reviewed the above-

captioned action and determined it suffers from the same

deficiencies as the previously filed petition in addition to being

an unauthorized successive petition (Doc. 4)[1]; and

Because Petitioner filed a document we construe as objections

to the Report and Recommendation, i.e., Petitioner's "Answer to the

Magistrate's Report and Recommendation" (Doc. 5); and

Because the Court has performed the de novo review required

when objections to the Report and Recommendation are filed, *see* 28

U.S.C. § 636(b)(1); and

---

[1]  Petitioner's assertion that *Magwood v. Patterson*, 130 S.
Ct. 2788 (2010), supports this habeas petition because "[t]he
limitations on a second or successive petition imposed by 28 USC
2244(b) apply only to the habeas corpus applications under 28 USC
2254" (Doc. 7 at 4), is unavailing in that the instant petition is
barred by 28 U.S.C. § 2244(a). *See Graham v. Warden of FCI
Allenwood*, 348 F. App'x 706, 707 (3d Cir. 2009) (not precedential);
*see also Queen v. Miner*, 530 F.3d 253, 255 (3d Cir. 2008).

Because we conclude Petitioner's objections are without merit; and

Because Petitioner's "Motion" adding case support to his Petition (Doc. 7) does not lead to a different conclusion,

NOW, THEREFORE, THIS _____29 ᵀᴴ_____ DAY OF DECEMBER 2010, IT IS HEREBY ORDERED THAT:

1.    Magistrate Judge Carlson's Report and Recommendation (Doc. 4) is adopted;

2.    The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED without prejudice; and

3.    The Clerk of Court is directed to close this case.

_____
RICHARD P. CONABOY
United States District Judge